UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, NA as Trustee | Case No. 2:07-cv-772 |
| Plaintiff, | Judge Algenon L. Marbley |
| vs. | **ORDER OF CONFIRMATION OF SALE AND DISTRIBUTION** |
| Jerry Bowers, et al. | |
| Defendants. | |

This action is before the Court upon the Notice of Deposit of Foreclosure Sale filed by the Special Master with respect to the property commonly known as 5445 Carbondale Drive, Columbus, OH 43232, parcel no. 010-162657-00 (the "Property"). The legal description of the Property is attached to this order as Exhibit A, which is incorporated herein by reference.

1. Consistent with section 3.12 of General Order No. 07-03 and section 2329.34 of the Ohio Revised Code, the Court finds that a special reason exists why a county sheriff or the United States Marshal's Office cannot conduct the sale.

2. The Property was sold by the Special Master on April 3, 2008 to Wells Fargo Bank, NA as Trustee for the following amount: $60,000.00. Wells Fargo Bank, NA as Trustee subsequently assigned its bid to Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2 ("Plaintiff's Assignee").

3. Having carefully examined the proceedings of the officer, the Court finds that the sale of the Property conformed in all respects to the law and the prior orders of this Court and hereby confirms and approves the sale of the Property and these proceedings.

4. The Special Master, within 5 days of the date of this Entry, shall convey the Property to

Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2 by deed according to law free and clear of all liens and encumbrances and shall issue the deed in the following name: Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2.

5. The tax mailing address of the purchaser of the Property is as follows: 4837 Watt Avenue, North Highlands, CA 95660.

6. The prior deed reference with respect to the Property is as follows: Deed dated September 17, 2002, filed September 30, 2002, recorded at Official Instrument Number 200209300243253, Recorder's Office, Franklin County, Ohio.

7. The purchaser of the Property is hereby subrogated to the rights of the mortgagees and lien holders in the Property to the extent necessary to protect the purchaser's title to the Property.

8. The Court hereby grants the purchaser of the Property a writ of possession to put the purchaser in possession of the Property.

9. The Court hereby orders the release of all mortgages and liens held by all parties to this action. As a result, upon recording of a certified copy of this Order in the office of the Franklin County Recorder, each of the mortgages and liens listed on Exhibit B, which is attached to this Order and incorporated herein by reference, shall be ordered released by operation of law. Such mortgages and liens shall be released only to the extent that they encumber the property foreclosed upon in this action and not to the extent that they encumber any other property.

10. Because Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement

dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2 is the assignee of the successful bid of Wells Fargo Bank, NA as Trustee, which holds a valid and subsisting mortgage on the Property, it need not pay the full amount of the purchase price to the Special Master. Instead, the bid of Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2 shall be credited against the amount of the judgment previously entered in favor of the Plaintiff. Plaintiff is further ordered to pay the following:

a. To the County Treasurer, $0.00 for taxes and assessments due on the Property as represented by tax bill attached as Exhibit C.

11. The following amount shall be applied as a credit toward the amount of the judgment previously entered in favor of the Plaintiff: $60,000.00.

12. The Clerk is hereby ordered to distribute $500.00 to the Special Master from the amount placed on deposit by the Plaintiff.

13. Having distributed payment for the appraisals in accordance with section 3.12 of General Order 07-03, the Clerk is hereby ordered to return the balance of the deposit, $550.00, plus accrued interest, if any, to the Plaintiff.

**IT IS SO ORDERED.**

_____
Judge Algenon L. Marbley
United States District Court Judge

Approved:

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff